IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL LAVANON BURTON, | No. C-10-0471 EMC (PR) |
| Petitioner, | **ORDER TO SUPPLEMENT RECORD** |
| v. | |
| MATTHEW CATE, Secretary of California Department of Corrections & Rehabilitation, | |
| Respondent. | |

This is a habeas case filed pro se by a state prisoner. Respondent has answered the order to show cause and Petitioner has filed a traverse. Respondent has lodged parts of the state court record with the Court, but has not included the appellate briefs, which usually are included in the record. As they may assist the Court with this difficult case, Respondent shall file the appellate briefs within thirty days of the date this order is entered.

IT IS SO ORDERED.

Dated: April 23, 2012

EDWARD M. CHEN
United States District Judge