1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    KENDALL LAVANON BURTON,                    No. C-10-0471 EMC (PR)

9                Petitioner,                    **ORDER TO SUPPLEMENT**
                                                **RECORD**
10         v.

11   MATTHEW CATE, Secretary of
     California Department of Corrections
12   & Rehabilitation,

13                Respondent.
                                          /
14   _____

15         This is a habeas case filed pro se by a state prisoner.  Respondent has answered the order to

16   show cause and Petitioner has filed a traverse.  Respondent has lodged parts of the state court record

17   with the Court, but has not included the appellate briefs, which usually are included in the record.

18   As they may assist the Court with this difficult case, Respondent shall file the appellate briefs within

19   thirty days of the date this order is entered.

20

21         IT IS SO ORDERED.

22

23   Dated:  April 23, 2012                     _____
                                                EDWARD M. CHEN
24                                              United States District Judge

25

26

27

28

**United States District Court**
For the Northern District of California